Christos D. SARBOV, t/a Sarbov's Parking Garage, Appellant,

v.

Robert E. BURKE and Government Employees Insurance Company, a corporation, Appellees.

No. 3251.

District of Columbia Court of Appeals.

Argued June 24, 1963.

Decided July 12, 1963.

Pierre E. Dostert, Washington, D. C., with whom Samuel C. Borzilleri, Washington, D. C., was on the brief, for appellant.

George H. Eggers, Washington, D. C., for appellees.

Before HOOD, Chief Judge, and QUINN and MYERS, Associate Judges.

PER CURIAM.

This was a suit by appellees for property damage to an automobile. The car was damaged while under bailment at a parking lot owned by appellant. Appellant

contends (1) that appellee GEICO failed to establish a *prima facie* case, and (2) that appellee Burke's claim for repairs is unreasonable.

We find no error. Brewer v. Drain, D.C. App., 192 A.2d 532.

Affirmed.